# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 117 EAL 2016

                Respondent         :

                           :   Petition for Allowance of Appeal from
                           :   the Order of the Superior Court

        v.                     :

HASSAN GRAVES,               :

                Petitioner        :

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of July, 2016, the Petition for Allowance of Appeal is **DENIED**.